IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Cashen, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 7559 |
| | ) | |
| AbbVie, Inc., et al., | ) | Judge: Kennelly |
|     Defendants. | ) | |

## ORDER

The Court grants defendants' motion to dismiss [dkt. no. 17] and dismisses this case due to plaintiff's noncompliance with Case Management Order No. 9. Plaintiff has not responded to the motion within the required time and did not seek an extension of time. On the present record, plaintiff has offered no viable excuse for his failure to submit a plaintiff's fact sheet as required by CMO 9. The Clerk is directed to enter judgment dismissing this case with prejudice.

_____
MATTHEW F. KENNELLY
United States District Judge

Date: 4/11/2016